**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        No. 4:07CR00059-02 JLH

MICHAEL ALLEN                                                              DEFENDANT

### ORDER

Without objection, Michael Allen's motion for early termination of supervised release is GRANTED.  Document #66.  Michael Allen's supervision is hereby terminated, and he is discharged.

IT IS SO ORDERED this 14th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE